No. 80–6140. LININGER v. MASSACHUSETTS ET AL. C. A. 1st Cir. Certiorari denied.

No. 80–6153. WIDEMON v. PETROVSKY, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 80–6162. D'ANGELO v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 80–6166. INGRAM v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 80–6175. GONZALEZ v. UNITED STATES. C. A. 2d Cir. Certiorari denied.